UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DEMETRICK JARRED ADAMS,**

    **Plaintiff,**

v.                                               Case No.  3:25-cv-1389-TKW-HTC

**RANDALL BEACH,**

    **Defendant.**

_____/

### ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5).  No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that Plaintiff's claims are barred by the statute of limitations.[1]  Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED because it is time-barred.

---

[1] Based on this conclusion, the Court need not consider whether Plaintiff's claim is also barred by *Heck v. Humphrey*, 512 U.S. 477 (1994).

Page 1 of 2

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 6th day of October, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**